UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEAGHAN KING,<br><br>                                    Plaintiff<br><br>-against-<br><br>OGURY, INC d/b/a OGURY LIMITED and EVAN RUTCHIK, in his individual and professional capacities,<br><br>                                    Defendants. | Civil No. 21-CV-01752 (JPO) (SDA)<br><br>**DEFENDNAT OGURY, INC. D/B/A OGURY LIMITED'S NOTICE OF MOTION TO DISMISS AND COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and the Local Rules of this Court, that Defendant Ogury, Inc. d/b/a Ogury Limited ("Defendant") upon the Declaration of Evan Rutchik, dated March 26, 2021, with the accompanying exhibits annexed thereto, the Declaration of Tania J. Mistretta, Esq., dated March 26, 2021, with the accompanying exhibit annexed thereto, and the Memorandum of Law in Support of Defendant's Motion to Dismiss and Compel Arbitration, will move this Court located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007-1312, at a date and time convenient for the Court, for an order granting Defendant's motion to compel Plaintiff Meaghan King to arbitrate her claims, dismissing this action in its entirety, as well as granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that responding papers and reply papers, if any, are due to be served and filed in accordance with Local Rule 6.1.

Dated: March 26, 2021
      New York, New York

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s/ Tania J. Mistretta*
Wendy J. Mellk
Tania J. Mistretta
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4070
Tania.Mistretta@jacksonlewis.com

*Attorneys for Defendant*
  *Ogury, Inc. d/b/a Ogury Limited*