UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEAGHAN KING,<br><br>              Plaintiff<br><br>    -against-<br><br>OGURY, INC d/b/a OGURY LIMITED and EVAN RUTCHIK, in his individual and professional capacities,<br><br>              Defendants. | Civil No. 21-CV-01752 (JPO) (SDA)<br><br>**DECLARATION OF<br>TANIA J. MISTRETTA, ESQ** |

**TANIA J. MISTRETTA, ESQ.,** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1.  I am a Principal with the firm Jackson Lewis P.C., attorneys for Ogury, Inc. d/b/a Ogury Limited (hereinafter "Defendant"). As such, I am fully familiar with the facts and circumstances of this case.

  2.  I submit this declaration in support of Defendant's motion, pursuant to the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and the Local Rules of this Court to dismiss the action filed by Plaintiff Meaghan King ("Plaintiff") and compel arbitration.

  3.  On March 1, 2021, Plaintiff filed a Complaint in this matter against Defendant and Evan Rutchik before the United States District Court for the Southern District of New York. A true and correct copy of the Complaint filed by Plaintiff dated March 1, 2021, is attached hereto as Exhibit "A."

  4.  For the reasons set forth in Defendant's accompanying Memorandum of Law, Defendant hereby requests that the Court (1) compel Plaintiff to arbitrate her claims against

- 2 -

Defendant; (2) dismiss this action; and (3) award such other and further relief as the Court deems just and proper under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

JACKSON LEWIS P.C.

By: Wendy J. Mellk
Tania J. Mistretta
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York, 10017
(212) 545-4000

Dated: March 26, 2021
New York, New York