UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MEAGHAN KING,

                        Plaintiff,

        v.

OGURY, INC. d/b/a OGURY LIMITED and
EVAN RUTCHIK, in his individual and
professional capacities,

                      Defendants.

------------------------------------------------------------ X

Case No.: 21-cv-01752 (JPO)(SDA)

## DECLARATION OF VALDI LICUL

I, **Valdi Licul**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

    1.     I am a Partner at the law firm Wigdor LLP, counsel for Plaintiff Meaghan King. I have personal knowledge of the facts set forth herein and submit this declaration in opposition of Defendant Ogury, Inc. d/b/a Ogury Limited's ("Ogury" or the "Company") motion to dismiss the Complaint and compel arbitration.

    2.     Attached hereto as **Ex. A** is a true and accurate copy of an email chain exchanged between Plaintiff King and Jimmy Liu, Defendant Ogury's Financial Controller.

    3.     Attached hereto as **Ex. B** is a true and accurate copy of an email sent from counsel for Defendant Ogury, David E. Strand, Esq.

    4.     Attached hereto as **Ex. C** is a true and accurate copy of an email chain exchanged with counsel for Defendant Ogury, Tania J. Mistretta, Esq.

5. I declare that the foregoing is true and accurate to the best of my knowledge under the penalty of perjury.

Dated: April 13, 2021
       New York, New York

By: _____
    Valdi Licul