MICHAEL S. HANAN
MHANAN@GORDONREES.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28 FL
NEW YORK, NY 10004
PHONE: (973) 549-2507
FAX: (973) 377-1911
WWW.GORDONREES.COM

April 28, 2021

**VIA ECF**

Hon. J. Paul Oetken, J.S.C.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***Meaghan King v. Ogury, Inc., et al.***
               **Docket No.: 1:21-cv-01752-JPO**

Dear Judge Oetken:

     This firm represents individual Defendant, Evan Rutchik, in the above-referenced matter. On behalf of Mr. Rutchik, we write to join the co-defendant Ogury, Inc.'s ("Ogury") Motion to Dismiss the Complaint and Compel Arbitration.  (Dkt. #11; 21).

     The arguments raised in Ogury's motion to compel arbitration and dismiss the complaint are equally applicable to Plaintiff's claims against Mr. Rutchik.  Mr. Rutchik is a beneficiary of the arbitration provision contained in Plaintiff's Employment Agreement, and her claims against Mr. Rutchik must be compelled to arbitration.

     Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            */s/ Michael S. Hanan*

                                            Michael S. Hanan

cc:     All counsel of record (via ECF)