UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAGHAN KING,

          Plaintiff,

      -v-

OGURY, INC., *et al.*,

          Defendants.

21-CV-1752 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated on the record at the March 22, 2022 conference, Defendants'

motion to compel arbitration is granted.  The case is administratively closed without prejudice to

reopening within thirty days after the issuance of an arbitration award.

    The Clerk of Court is directed to close the motion at Docket Number 11 and to mark this

case as closed.

    SO ORDERED.

Dated: March 22, 2022
      New York, New York

_____
          J. PAUL OETKEN
       United States District Judge