UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAGHAN KING,

                                                Plaintiff

-against-

OGURY, INC d/b/a OGURY LIMITED and EVAN RUTCHIK, in his individual and professional capacities,

                                              Defendants.

Civil No. 21-CV-01752 (JPO) (SDA)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Meaghan King ("Plaintiff") and Defendant Ogury, Inc. ("Defendant"), that the above-captioned action be and is hereby discontinued, with prejudice, as to all of the Defendants, including Evan Rutchik and with no further award of attorneys' fees or costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by scanned signatures, which shall have the same force and effect as original signatures.

| | |
|---|---|
| WIGDOR LLP<br>85 Fifth Avenue<br>New York, New York 10003<br>(212) 257-6800 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br>Tel: (212) 545-4000 |
| By: _____<br>      Valdi Licul, Esq. | By: _____<br>      Tania J. Mistretta, Esq.<br>      Alexander Deutsch, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Ogury, Inc.* |
| Dated: December 1, 2023 | Dated: December 22, 2023 |

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

DATED:

12/28/2023